**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Christine Liedtke** | ) | **CASE NO.  1:05-cv-2990** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **John Frank,** | ) | <u>**Order of Stay**</u> |
| **Javitch, Block and Rathbone, and** | ) | |
| **Equifax Information Services** | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order GRANTING the Motion of John Frank and Javitch, Block and Rathbone to Compel Arbitration and Ordering all claims against Equifax Information Services stayed pending the conclusion of arbitration against Frank and the Javitch firm, hereby stays this action.  This matter is removed from this Court's active docket subject to reinstatement by the parties at the conclusion of arbitration against Frank and the Javitch firm.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 6/19/06