**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Christine Liedtke** | ) | **CASE NO. 1:05-cv-2990** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **John Frank,** | ) | **Order of Dismissal and Reinstatement** |
| **Javitch, Block and Rathbone, and** | ) | |
| **Equifax Information Services** | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court hereby GRANTS Plaintiff's Motion to Dismiss with Prejudice her claims against Defendants Frank and Javitch, Block and Rathbone. (Doc. 66, 70). Because the arbitration underlying the Court's earlier Order of Stay (Doc. 65) is now moot, this matter is reinstated to the Court's active docket.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 7/6/06